THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COURTNEY R. WILSON, Appellant. [955 NYS2d 884]—

Under the circumstances here, including the confusion regarding to what crime the defendant had pleaded guilty, the County Court improvidently exercised its discretion when it declined to give the defendant the opportunity to withdraw his plea (*see* CPL 220.60 [3]; *People v Bateman*, 278 AD2d 749, 749-750 [2000]).

In view of the foregoing, we need not consider the defendant's remaining contentions. Dillon, J.P., Balkin, Chambers and Miller, JJ., concur.